IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN MARSHALL, | Civil No. 3:19-cv-683 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN DOUGLAS K. WHITE, | |
| Respondent | |

## ORDER

AND NOW, this 23rd day of December, 2020, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum,

**IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DENIED**. (Doc. 1).

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge